UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CLOSED

CRAIG F. SZEMPLE,

    Petitioner,

v.

MICHELLE RICCI, et al.,

    Respondents.

Civil Action No. 09-3019 (DMC)

O R D E R
(CLOSED)

For the reasons set forth in the Court's Opinion filed herewith,

IT IS on this ___3___ day of ___Feb___, 2011,

ORDERED that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is hereby denied; and it is further

ORDERED that no certificate of appealability will issue; and it is further

ORDERED that the Clerk of the Court shall close this case.

DENNIS M. CAVANAUGH
United States District Judge